In the Matter of the Estate of HENRY A. SPADE, Deceased. EDWARD A. WINKELMAN, as Executor of HENRY A. SPADE, Deceased, Appellant; HELEN S. HANNON, Respondent.

Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.